IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1813 |
| | § | |
| GOLDENT TICKET GETAWAY INC. | § | |
| D/B/A 360GETAWAYS.NET, *et al.*, | § | |
|     Defendants. | § | |

## Order Denying Motion to File Electronically

Plaintiff has requested that this court grant the Plaintiff the capability to file electronically in the pending case. The court has considered Plaintiff's Motion for Permission to File Electronically. Finding that good cause does not exist, and Plaintiff is not an attorney, the motion is DENIED.

SIGNED at Houston, Texas, this **27th** day of **June, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE