IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
OCT 28 2017
David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE SHIELDS | ) |
|     *Plaintiff* | ) |
| vs. | ) CIVIL ACTION No. 4:17-cv-01813 |
| GOLDEN TICKET GETAWAYS INC D/B/A 360GETAWAYS.NET, CLEMENT SCANTLEBURY INDIVIDUALLY, BPCL MANAGEMENT LLC, DANIEL LAMBERT INDIVIDUALLY and JAMES VERRILLO INDIVIDUALLY | ) MOTION TO DISMISS |
|     *Defendants* | ) Judge Nancy Atlas |

Comes now Plaintiff Shields and respectfully asks the Court to DISMISS the pending action WITHOUT PREJUDICE for the following reason:

Shields' home was flooded during Hurricane Harvey on August 28th, 2017. Shields has spent the last 8 weeks working on repairing his home and will to do so for the next few months. Consequently, Plaintiff does not have the time to litigate a case at the present time and does not wish to burden the court with requests for extension of time.

None of the Defendants have filed an answer and service at this point is questionable at best.

Consequently, Shields respectfully requests that the court dismiss the pending action without prejudice so that Shields may if so inclined refile the case at some future time.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS | ) |
| | ) |
|     *Plaintiff* | ) |
| | ) |
| | ) CIVIL ACTION No. 4:17-cv-01813 |
| vs. | ) |
| | ) |
| GOLDEN TICKET GETAWAYS INC | ) ORDER GRANTING MOTION FOR |
| D/B/A 360GETAWAYS.NET, CLEMENT | ) ALTERNATE SERVICE |
| SCANTLEBURY INDIVIDUALLY, BPCL | ) |
| MANAGEMENT LLC, DANIEL LAMBERT | ) |
| INDIVIDUALLY and JAMES VERRILLO | ) |
| INDIVIDUALLY | ) |
| | ) |
|     *Defendants* | ) JUDGE NANCY F. ATLAS |

**Order Granting Motion To Dismiss Without Prejudice**

Plaintiff has requested that this court DISMISS WITHOUT PREJUDICE the pending case. The court has considered Plaintiff's Motion and finds that good cause exists for the Motion to Dismiss be GRANTED.

Therefore, the Motion to DISMISS WITHOUT PREJUDICE is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____

                                                Nancy F. Atlas
                                Senior United States District Judge

Joe Shields<br>
16822 Stardale Lane<br>
Friendswood, Texas 77546<br>
Home: 281-482-7603

Via 1st Class Mail

October 23rd, 2017

Shelia Ashabranner
Case Manager for the Honorable Judge Nancy F. Atlas
United States Courthouse
515 Rusk Avenue, Courtroom 9D
Houston, TX 77002-2601

Re: Civil Action 4:17-cv-01813, Joe Shields v. Golden Ticket Getaways Inc., US District Court for the Southern District of Texas, Houston Division

Dear Mrs. Ashabranner:

Enclosed please find Plaintiff's Motion to Dismiss without Prejudice and Proposed Order. I would appreciate it greatly if you could file the Motion with the other papers in the matter and alert Judge Atlas to the Motion.

I will download a file stamped copy of the papers from PACER.

Thank you,

*Joe Shields*

Joe Shields