United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOE SHIELDS

    *Plaintiff*

  vs.

GOLDEN TICKET GETAWAYS INC
D/B/A 360GETAWAYS.NET, CLEMENT
SCANTLEBURY INDIVIDUALLY, BPCL
MANAGEMENT LLC, DANIEL LAMBERT
INDIVIDUALLY and JAMES VERRILLO
INDIVIDUALLY

    *Defendants*

CIVIL ACTION No. 4:17-cv-01813

ORDER GRANTING MOTION FOR
ALTERNATE SERVICE

JUDGE NANCY F. ATLAS

**Order Grantinq Motion To Dismiss Without Prejudice**

Plaintiff has requested that this court DISMISS WITHOUT PREJUDICE the pending case. The court has considered Plaintiff's Motion and finds that good cause exists for the Motion to Dismiss be GRANTED.

Therefore, the Motion to DISMISS WITHOUT PREJUDICE is GRANTED.

IT IS SO ORDERED.

DATED: 10/30/2017

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE